STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 08-1456 consolidated with CA 08-1455, CA 08-1457


KEITRIC PERROT

VERSUS

BRADY M. CROUCH, ET AL.


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-2006-1694 C/W C-2005-5541, 2006-1703
HONORABLE PATRICK LOUIS MICHOT, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and
James T. Genovese, Judges.


**AFFIRMED AS AMENDED.**


**Arthel Joan Scheuermann**
**Mark Michael Gonzalez**
**Scheuermann & Jones Law Office**
**909 Poydras Street, Suite 2556**
**New Orleans, LA 70112**
**(504) 525-4361**
**Counsel for Plaintiff/Appellant:**
**Keitric Perrot**

**Kevin Paul Tauzin**
**1228 Camelia Blvd., Suite A**
**Lafayette, LA 70508**
**(337) 988-7588**
**Counsel for Plaintiff/Appellee:**
**Roland Brothers**

**Patricia Jackson Delpit**
**Louisiana Workers' Compensation Corporation**
**P. O. Box 98001**
**Baton Rouge, LA 70898-8001**
**(225) 231-0899**
**Counsel for Plaintiff/Intervenor/Appellee:**
**Louisiana Workers' Compensation Corporation**

**Kevin Scott Frederick**
**P. O. Box 52880**
**Lafayette, LA 70505**
**(337) 269-5143**
**Counsel for Defendants/Appellees:**
**Direct General Insurance Company of Louisiana**
**Brady M. Crouch**

**EZELL, JUDGE.**

For the reasons assigned in the consolidated case of *Roland Brothers v. Direct General Insurance Company of Louisiana, et al*, 08-1455, (La.App. 3Cir. 5/6/09), ____ So.2d _____, the judgment of the trial court is affirmed as amended. Costs of these proceedings are assessed to Brady Crouch and Direct General Insurance Company of Louisiana.

**AFFIRMED AS AMENDED**.

1